1 PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
2 ALEXANDER J. CASNOCHA, CASB No. 278803
alexander.casnocha@kyl.com
3 KEESAL, YOUNG & LOGAN
A Professional Corporation
4 450 Pacific Avenue
San Francisco, California 94133
5 Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136
6
Attorneys for Plaintiff
7 TRANSAMERICA FINANCIAL ADVISORS, INC.

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

12 TRANSAMERICA FINANCIAL ) Case No. 2:12-cv-01703-GEB-DAD
ADVISORS, INC., )
13 )
Plaintiff, ) **NOTICE OF HEARING OF**
14 ) **PLAINTIFF'S MOTION FOR A**
vs. ) **PRELIMINARY INJUNCTION**
15 )
PAMELA GRAVIET, )
16 ) Date:   September 10, 2012
Defendant. ) Time:   9:00 a.m.
17 ) Place:   Dept. 10
) Judge:   Hon. Garland E. Burrell, Jr.
18 )
)
19 )

20

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22 PLEASE TAKE NOTICE that a hearing has been scheduled for

23 September 10, 2012 at 9:00 a.m., in Courtroom 10 of the above-entitled Court located at

24 U.S. District Court, Eastern District of California, 501 "I" Street, Sacramento, California

25 95814, where Plaintiff TRANSAMERICA FINANCIAL ADVISORS, INC. ("TFA" or

26 "Plaintiff") will move this Court for a preliminary injunction staying a portion of the

27 proceedings in Financial Industry Regulatory Authority Dispute Resolution Case No. 11-

28 04290 entitled <u>Pamela Graviet v. World Group Securities, Inc.</u> (now known as the

1  Transamerica Financial Group Division ("TFG") of TFA), pending resolution of the

2  above-entitled legal proceeding.  TFA, World Group Securities, Inc. ("WGS") and TFG

3  are collectively referred to as "TFA."

4

5

6  DATED:  June 28, 2012

PHILIP A. MCLEOD
7  ALEXANDER J. CASNOCHA
KEESAL, YOUNG & LOGAN
8  Attorneys for Plaintiff
TRANSAMERICA FINANCIAL
9  ADVISORS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28