JOSHUA B. KONS, CASB NO. 244977
joshuakons@konslaw.com
OF COUNSEL TO:
ECCLESTON LAW OFFICES, P.C.
One North Franklin St. Suite 2620
Chicago, Illinois 60606
Telephone: (312) 332-0000
Facsimile: (312) 332-0003

Attorney for Defendant
PAMELA GRAVIET

UNITED STATES DSTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA FINANCIAL ADVISORS, INC. | Case No. 2:12-cv-01703-GEB-DAD |
| Plaintiff, | NOTICE OF MOTION TO COMPEL ARBITRATION |
| vs. | |
| PAMELA GRAVIET, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____, 2012 at _____ a.m./p.m., in Courtroom __ of the above-entitled Court located at U.S. District Court, Eastern District of California, 501 "I" Street, Sacramento, California 95814, Defendant PAMELA GRAVIET ("Defendant") will and hereby does move this Court to compel Plaintiff to arbitrate all the claims in the aforementioned proceedings.

This Motion is brought pursuant to Federal Rules of Civil Procedure, Rule 65 and relevant case law, and is based upon this notice, a copy of the Statement of Claim, copies of both Plaintiff's registered representatives' Central Registration Depository Information and their employment with Plaintiff during the relevant time period, FINRA Rule 12200 of the FINRA Code of Arbitration Procedure, a copy of the Order Instituting Administrative Proceedings Pursuant to Section 15(b) of the Securities Exchange Act of 1934, Making Findings, and Imposing Remedial Sanctions, a copy of Plaintiff's Answer to Defendant's Statement of Claim, the pleadings already on file with the Court and any additional documentation, evidence, and oral argument as may be presented in connection with the hearing on this matter.

DATED: July 23, 2012

/s Joshua B. Kons  
JOSHUA B. KONS  
ECCLESTON LAW OFFICES, P.C.  
One North Franklin St. Suite 2620  
Chicago, Illinois 60606  
Telephone: (312) 332-0000  
Facsimile: (312) 332-0003  
E-mail: joshuakons@konslaw.com