1  JOSHUA B. KONS, CASB NO. 244977
2  joshuakons@konslaw.com
3  OF COUNSEL TO:
4  ECCLESTON LAW OFFICES, P.C.
5  One North Franklin St. Suite 2620
6  Chicago, Illinois 60606
7  Telephone: (312) 332-0000
8  Facsimile: (312) 332-0003
9
10  Attorney for Defendant
11  PAMELA GRAVIET
12
13
14                  UNITED STATES DSTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17  TRANSAMERICA FINANCIAL              )    Case No. 2:12-cv-01703-GEB-DAD
18  ADVISORS, INC.                      )
19                                      )
20                  Plaintiff,          )    NOTICE OF ALTERNATIVE
21                                      )    MOTION TO DISMISS
22  vs.                                 )
23                                      )
24  PAMELA GRAVIET,                     )
25                                      )
26                  Defendant.          )
27  _____ )
28
29
30  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

31          PLEASE TAKE NOTICE that on _____, 2012 at _____ a.m./p.m., in

32  Courtroom __ of the above-entitled Court located at U.S. District Court, Eastern District of

33  California, 501 "I" Street, Sacramento, California 95814, Defendant PAMELA GRAVIET

34  ("Defendant") will and hereby does move this Court to dismiss Plaintiff's TRANSAMERICA

35  FINANCIAL ADVISORS, INC. ("TFA" or "Plaintiff") motion for preliminary injunction

36  staying a portion of the proceedings in Financial Industry Regulatory Authority Dispute

1   Resolution Case No. 11-04290 entitled <u>Graviet v. World Group Securities, Inc.</u> (now known as

2   the Transamerica Financial Group Division ("TFG") or TFA), pending resolution of the above-

3   entitled legal proceeding.

4          This Motion is brought pursuant to Federal Rules of Civil Procedure, Rule 65 and

5   relevant case law, and is based upon this notice, a copy of the Statement of Claim, copies of both

6   Plaintiff's registered representatives' Central Registration Depository Information and their

7   employment with Plaintiff during the relevant time period, FINRA Rule 12200 of the FINRA

8   Code of Arbitration Procedure, a copy of the Order Instituting Administrative Proceedings

9   Pursuant to Section 15(b) of the Securities Exchange Act of 1934, Making Findings, and

10  Imposing Remedial Sanctions, a copy of Plaintiff's Answer to Defendant's Statement of Claim,

11  the pleadings already on file with the Court and any additional documentation, evidence, and oral

12  argument as may be presented in connection with the hearing on this matter.

13

14  DATED:  July 23, 2012                    /s Joshua B. Kons_____
15                                          JOSHUA B. KONS
16                                          ECCLESTON LAW OFFICES, P.C.
17                                          One North Franklin St. Suite 2620
18                                          Chicago, Illinois 60606
19                                          Telephone: (312) 332-0000
20                                          Facsimile: (312) 332-0003
21                                          E-mail:  joshuakons@konslaw.com
22