PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
ALEXANDER J. CASNOCHA, CASB No. 278803
alexander.casnocha@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Plaintiff
TRANSAMERICA FINANCIAL ADVISORS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA FINANCIAL ADVISORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAMELA GRAVIET, <br><br> Defendant. | Case No. 2:12-cv-01703-GEB-DAD <br><br> **STIPULATION OF ALL PARTIES AND ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION, MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS** |

THE UNDERSIGNED STIPULATE to the following:

1.   Currently there is a hearing on the Motion for Preliminary Injunction filed by Transamerica Financial Advisors, Inc. and Motion to Compel Arbitration and Motion to Dismiss filed by Pamela Graviet (collectively, the "Motions") set for September 10, 2012 at 9:00 a.m.

2.   Since the scheduling of the hearing date, the parties have scheduled a mediation for September 24, 2012.

3.   The parties have met and conferred via email and telephone to select a mutually agreeable date for a new hearing related to the Motions.

4. Accordingly, the parties agree that the hearing currently set for September 10, 2012 at 9:00 a.m., shall be continued to October 9, 2012 at 9:00 a.m., or the first date and time thereafter agreeable to the Court.

5. The parties further agree that all deadlines tied to the date of the hearing be continued accordingly.

IT IS SO STIPULATED.

DATED: August 2, 2012 /s/ Alexander J. Casnocha
PHILIP A. MCLEOD
ALEXANDER J. CASNOCHA
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
TRANSAMERICA FINANCIAL ADVISORS, INC.
E-mail: philip.mcleod@kyl.com
           alexander.casnocha@kyl.com

DATED: August 2, 2012 /s/ Joshua Kons
JOSHUA KONS
Attorneys for Defendant
PAMELA GRAVIET
E-mail: JKons@ecclestonlaw.com

THE PARTIES' STIPULATION IS APPROVED, AS MODIFIED:

The hearing on Plaintiff's Motion for Preliminary Injunction (ECF No. 2) is continued until November 5, 2012, at 9:00 a.m. All deadlines tied to the date of the hearing are continued accordingly.

IT IS SO ORDERED.

**Date: 8/3/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28