IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA FINANCIAL ADVISORS, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>PAMELA GRAVIET,<br><br>          Defendant.<br>_____ | 2:12-cv-01703-GEB-DAD<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

        The parties filed a Joint Status Report on October 1, 2012 ("JSR") in which they state that they "signed a Settlement and General Release Agreement following an all-day mediation" on September 28, 2012, and that they "will file a Stipulation of Dismissal With Prejudice" upon the disbursement of the settlement funds. (JSR 1:21-24.)

        Therefore, a dispositional document shall be filed no later than October 29, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on October 15, 2012, is continued to November 26, 2012, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this action

is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the Status Conference.

Also, in light of the referenced settlement, Plaintiff's Motion for Preliminary Injunction (ECF No. 2), scheduled for hearing on November 5, 2012, is deemed withdrawn.

IT IS SO ORDERED.

Dated: October 9, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2